PROCEEDING MEMO

Date: 09/19/2018 10:00 am

In re: Diane Pritchard

Bankruptcy No. 17-25140-CMB
Chapter: 13
Doc. # 26

Appearances:

Movant(s):    ~~James Warmbrodt~~ Esq. for PNC Bank

Respondent(s):    Julie Frazee Steidl, Esq.
~~Winnecour / Rail / Katz /~~ DeSimone

Creditor(s):

Nature of Proceeding: # 26 Motion to File Claim After Claims Bar Date

Additional Pleadings: #27 Notice of Hearing
CNO not filed

Judge's Notes:

Outcome:

Steidl: counsel may have thought it was enough that Debtor consented.
Order entered.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

FILED
9/19/18 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Court