# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DIANE PRITCHARD
- Case Number: 17-25140-CMB        Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 18, 2020 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#34 Trustee's Certificate of Default Requesting Dismissal of Case
#38 Debtor's Response
R / M #: 34 / 0

**Appearances:**

Debtor: A. Steidl
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Trustee's COD / Motion to Dismiss at Doc #34 is resolved by: ~~proposed Confirmation of Debtor(s) Amended Plan~~ / proposed Order reflecting plan changes.

FILED
6/24/20 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/12/2020  11:08:39AM