IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 17-25140 CMB |
| Diane Pritchard, | ) | Chapter 13 |
| *Debtor* | ) | Docket No. |
| | ) | |
| Diane Pritchard, | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondents* | ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 18, 2018 at docket number 13, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.


April 10, 2022                                              /s/ Diane Pritchard
Date                                                               Debtor


_____                              _____
Date                                                               Debtor

        Respectfully submitted,

<u>April 15, 2022</u>        <u>/s/ Julie Frazee Steidl</u>
DATE        Julie Frazee Steidl, Esquire
        Attorney for the Debtor

        STEIDL & STEINBERG
        Suite 2830, Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219
        (412) 391-8000
        julie.steidl@steidl-steinberg.com
        PA I.D. No. 35937